**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8          NOT FOR CITATION

9      IN THE UNITED STATES DISTRICT COURT

10    FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12   EDJUAN C. SCOTT,                          )
                                                )        No. C 09-00862 JF (PR)
13              Plaintiff,                       )
                                                )        ORDER OF DISMISSAL
14      vs.                                      )
                                                )
15   PITTSBURG POLICE DEPT., et al.,             )
                                                )
16              Defendant(s).                    )
                                                )        (Docket Nos. 2, 5, 6 & 7)
17   _____    )

18

19          Plaintiff, a pretrial detainee at the Martinez Detention Facility, has filed a

20   civil rights complaint. Plaintiff has also filed an application to proceed in forma

21   pauperis.  Plaintiff's complaint appears identical to the complaint filed in a prior

22   case before this Court: Case No. C 09-00720 JF (PR), which is currently pending in

23   this Court.  Therefore, the instant case is DISMISSED as duplicative of Plaintiff's

24   earlier filed complaint.

25

26                        **DISCUSSION**

27   I.      Standard of Review

28          Federal courts must engage in a preliminary screening of cases in which

Order of Dismissal
P:\PRO-SE\SJ.JF\CR.09\Scott00862_dism-dupl.wpd

United States District Court

For the Northern District of California

1   prisoners seek redress from a governmental entity or officer or employee of a

2   governmental entity.  28 U.S.C. § 1915A(a).  The Court must identify cognizable

3   claims or dismiss the complaint, or any portion of the complaint, if the complaint "is

4   frivolous, malicious, or fails to state a claim upon which relief may be granted," or

5   "seeks monetary relief from a defendant who is immune from such relief."  Id. §

6   1915A(b).  Pro se pleadings must be liberally construed, however.  Balistreri v.

7   Pacifica Police Dep't, 901 F.2d 696, 699 (9th Cir. 1990).

8   II.     Legal Claims

9       In his complaint, Plaintiff alleges that Defendants were negligent and acted

10  with "complete disregard for [Plaintiff's] well being and safety" during the course of

11  his arrest for alleged crimes.  (Compl. 4-5.)  He seeks compensatory damages for the

12  resulting post traumatic stress and chest and head pains.  (Id. at 3.)  Plaintiff's claims

13  are essentially identical to those stated his earlier complaint under Case No. C

14  09-00720 JF ( PR).

15      A complaint that merely repeats pending or previously litigated claims may

16  be dismissed under the authority of 28 U.S.C. § 1915.  Cato v. United States, 70

17  F.3d 1103, 1105 n.2 (9th Cir. 1995); Bailey v. Johnson, 846 F.2d 1019, 1021 (5th

18  Cir. 1988).  This action is duplicative of an earlier complaint filed in this Court that

19  is currently pending.  As such, Plaintiff's complaint is DISMISSED as duplicative

20  and for failure to state a claim for relief.

21

22                              **CONCLUSION**

23      For the foregoing reasons, Plaintiff's action is DISMISSED for failure to

24  state a claim upon which relief may be granted.  28 U.S.C. § 1915A.

25      The Clerk shall terminate all pending motions as moot.

26      IT IS SO ORDERED.

27  DATED:  5/12/09

    _____
    JEREMY FOGEL
28  United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.JF\CR.09\Scott00862_dism-dupl.wpd          2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


EDJUAN C. SCOTT,

          Plaintiff,

  v.

PITTSBURG POLICE DEPT., et al.,

          Defendants.

_____/

Case Number: CV09-00862 JF

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____5/15/09_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Edjuan C. Scott CC08AD969
Martinez Detention Facility
901 Court Street
D-Module #27
Martinez, CA 94553


Dated: _____5/15/09_____

                    Richard W. Wieking, Clerk